IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-1261-JLK**

**ADEBAYO ALARAPE,**

    Plaintiff,

v.

**LITHIA OF THORNTON, INC.,** *d/b/a* **Lithia Volkswagen of Thornton**,

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

In light of the Stipulation for Dismissal with Prejudice (doc. #17), filed July 30, 2013, it is

**ORDERED** that the above captioned Complaint is **DISMISSED WITH PREJUDICE**, each party to pay their own costs, fees, and expenses.

Dated:  July 30, 2013

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT